UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-21886-CIV-SEITZ/WHITE

MAURICE WARREN,

        Movant,

v.

UNITED STATES OF AMERICA,

        Respondent,
_____/

## ORDER ADOPTING REPORT AND CLOSING CASE

THIS CAUSE is before the Court on the Report of Magistrate Judge [DE-9]. In that Report, Magistrate Judge White recommends that Movant's Motion to Vacate Pursuant to the Writ of Audita Querela [DE-1] be denied as a successive motion under 28 U.S.C. § 2255 and, alternatively, be denied on the merits. Movant has not filed objections to the Report. Thus, having carefully reviewed, *de novo*, Magistrate Judge White's Report, the record, and given that Plaintiff has not objected, it is

ORDERED that:

(1) The above-mentioned Report of Magistrate Judge [DE-9] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order;

(2) Movant's Motion to Vacate Pursuant to the Writ of Audita Querela [DE-1] is DENIED.

(3) All pending motions not otherwise ruled upon in this Order are DENIED AS MOOT; and

(4) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 27 day of November, 2012.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge White
        All Counsel of Record